IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ACOR BONDING, ET AL.**                                                                  **PLAINTIFFS**

**V.**                             **CAUSE NO.: 1:09CV20-SA-JAD**

**LEE COUNTY, MISSISSIPPI, ET AL.**                                     **DEFENDANTS**

**ORDER ON MOTION TO DISMISS**

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendants' Motion to Dismiss [20] is DENIED

SO ORDERED, this the  14th  day of July, 2009.


                                                                      **/s/ Sharion Aycock**
                                                                      **U.S. DISTRICT JUDGE**